UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| RICHELLE WECKERLY, et al., | **Case No. 2:20-CV-00087-CB-LPL** |
| v. | JURY TRIAL DEMANDED |
| SYSTEM ONE HOLDINGS, LLC, | COLLECTIVE ACTION<br>29 U.S.C. § 216(b) |

## AGREED MOTION TO APPROVE SETTLEMENT

Plaintiff Richelle Weckerly (Weckerly) and Defendant System One Holdings, LLC (System One) (together, the Parties) have reached a settlement in this matter. The settlement is a reasonable compromise that will adequately compensate Weckerly and the Settling Plaintiffs[1] for the unpaid overtime alleged and will eliminate the need for the Parties to engage in protracted and expensive litigation. Moreover, this settlement seeks to rectify System One's clerical error in the *Hobbs* Settlement where Weckerly and the Settling Plaintiffs were inadvertently omitted from the *Hobbs* class list. Importantly, this District already found that settlement was reasonable, *see Hobbs v. System One Holdings, LLC*, No. 2:18-CV-00181-CRE, Doc. 82 at ¶ 4 (W.D. Pa. Oct. 15, 2019) (Eddy, M.J.), and the Settling Plaintiffs here are simply receiving the same amounts they would have received but-for that error.

The Parties respectfully request the Court approve the Settlement in its entirety.

---

[1] Settling Plaintiffs as used herein refers to Plaintiff Richelle Weckerly and Opt-in Plaintiffs Duber Toro, Timothy Fosbre, and Charles Fields.

Respectfully submitted,

By: */s/ Andrew W. Dunlap*
    **Michael A. Josephson**
    PA ID No. 308410
    **Andrew W. Dunlap**
    Texas Bar No. 24078444
    **Taylor A. Jones**
    Texas Bar No. 24107823
    (*admitted pro hac vice*)
    **JOSEPHSON DUNLAP, LLP**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77046
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    mjosephson@mybackwages.com
    adunlap@mybackwages.com
    tjones@mybackwages.com

    **Richard J. (Rex) Burch**
    Texas Bar No. 24001807
    **BRUCKNER BURCH PLLC**
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com

    **Joshua P. Geist**
    PA ID No. 85745
    Goodrich & Geist, PC
    3634 California Ave.
    Pittsburgh, PA 15212
    412-766-1455 – Telephone
    412-766-0300 – Facsimile
    josh@goodrichandgeist.com

    **ATTORNEYS IN CHARGE FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

On June 10, 2020 I served the foregoing document on all parties and/or their counsel of record via this Court CM/ECF filing system in accordance with the Federal Rules of Civil Procedure.

> */s/ Andrew W. Dunlap*
> **Andrew W. Dunlap**

## **CERTIFICATE OF CONFERENCE**

Pursuant to the Parties' Settlement Agreement, Ex. 1, System One Supply is not opposed to the relief requested herein.

> */s/ Andrew W. Dunlap*
> **Andrew W. Dunlap**