## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| RICHELLE WECKERLY, et al., | **Case No. 2:20-CV-00087-CB-LPL** |
| v. | JURY TRIAL DEMANDED |
| SYSTEM ONE HOLDINGS, LLC, | COLLECTIVE ACTION<br>29 U.S.C. § 216(b) |

### APPROVAL ORDER

Before the COURT is SETTLING PLAINTIFFS' unopposed motion for entry of the APPROVAL ORDER as an Order of Court, approving the AGREEMENT and dismissing the SETTLING PLAINTIFFS' claims asserted in the CIVIL ACTION with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and dropping the SETTLING PLAINTIFFS as parties pursuant to Rule 21 of the Federal Rules of Civil Procedure.  For good cause shown, and as more fully explained below, the motion is GRANTED as follows:

1.	All capitalized terms in this APPROVAL ORDER have the same meaning as in the AGREEMENT that was attached to the SETTLING PLAINTIFFS' unopposed motion for entry of the APPROVAL ORDER as an Order of Court.

2.	The COURT has jurisdiction over the claims asserted in the CIVIL ACTION and over the SETTLING PARTIES to the CIVIL ACTION.

3.	By filing written consents to join this CIVIL ACTION, the SETTLING PLAINTIFFS: (1) authorized SETTLING PLAINTIFF Richelle Weckerly and PLAINTIFFS' COUNSEL to act as their agents and to negotiate a settlement of any and all claims they may have against DEFENDANT, subject to a review for fairness by the COURT; and (2) consented and agreed to be bound by any judgment of the COURT or any settlement of this CIVIL ACTION that the COURT reviews and determines to be fair and reasonable.

4. The COURT reviewed the AGREEMENT and concludes that the AGREEMENT is adequate, fair, and reasonable, that it is in the best interests of the SETTLING PARTIES, and that it should be and hereby is approved. Likewise, the determination of the allocation of the SETTLEMENT AMOUNT is approved as fair, equitable, and reasonable. Accordingly, the AGREEMENT is hereby approved in accordance with the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq., and it shall be administered in accordance with its terms.

5. The COURT grants PLAINTIFFS' COUNSEL's request for an ATTORNEYS' FEES AND EXPENSES PAYMENT of $8,143.909, to be paid out of the MAXIMUM GROSS SETTLEMENT AMOUNT.

6. The SETTLING PLAINTIFFS irrevocably and unconditionally forever and fully release DEFENDANT and all RELEASED PARTIES from any and all RELEASED CLAIMS. SETTLING PLAINTIFFS are enjoined from prosecuting any RELEASED CLAIMS against DEFENDANT or RELEASED PARTIES.

7. This APPROVAL ORDER and the AGREEMENT are binding on SETTLING PLAINTIFFS and DEFENDANT.

8. The claims of the SETTLING PLAINTIFFS in this CIVIL ACTION are hereby DISMISSED in their entirety, on the merits, and WITH PREJUDICE, without costs to any party, except to the extent otherwise expressly provided in the AGREEMENT. The SETTLING PLAINTIFFS are hereby DROPPED from this CIVIL ACTION pursuant to Rule 21 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATE: June 11, 2020              s\Cathy Bissoon
                                 CATHY BISSOON
                                 UNITED STATES DISTRICT JUDGE